

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00379-CR

Domingo **TAMAYO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0676-W5
Honorable Kristina Escalona, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's motion for extension of time to file a notice of appeal is DISMISSED.

It is so **ORDERED** on October 30, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk